THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARTIN J. PARKINSON, Appellant.

Argued October 14, 1947; decided January 8, 1948.

750

*Paxton Blair* for appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp, Richard G. Denzer* and *Vincent A. G. O'Connor* of counsel), for respondent.

Judgments reversed and new trial ordered with respect to the third count upon the ground that the testimony of the witness Prentis in attempted corroboration of the witness Swenson was incompetent. Judgment affirmed with respect to the first count upon the ground that the testimony erroneously admitted related only to the third count. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part, FULD, J.